**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **David S. Aramouni,** | ) | **CASE NO. 1:15 CV 1116** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Cook Medical, et al.,** | ) | <u>**Order of Remand**</u> |
| | ) | |
| **Defendants.** | ) | |

This Court, having GRANTED Plaintiff's Motion to Remand to Cuyahoga County Court of Common Pleas (Doc. 55), hereby remands this matter to the Cuyahoga County Court of Common Pleas.

IT IS SO ORDERED.

        /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 9/24/15

1